IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 98-11362 c/w
No. 98-51167
Conference Calendar

KEITH RUSSELL JUDD,

Petitioner-Appellant,

versus

GEORGE E. KILLINGER, Warden; JANET RENO, U.S. Attorney General;
STEPHEN FRENCH; KAREN Y. COREY-STEELE; L. STUART PLATT; JOE
CONNELLY, Ector County District Judge; MARK ROOMBERG,

Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-98-CV-134
--------------------

December 16, 1999

Before JOLLY, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Keith Russell Judd has appealed pro se in Nos. 98-11362 and
No. 98-51167. Because of the overlapping nature of these
appeals, they are consolidated. In No. 98-11362, Judd challenges
an interlocutory order of the magistrate judge transferring his
action to the United States District Court for the Western
District of Texas. We lack jurisdiction to review such an order.
See Trufant v. Autocon, Inc., 729 F.2d 308, 309 (5th Cir. 1984);

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Enplanar, Inc. v. Marsh, 11 F.3d 1284, 1298 (5th Cir. 1994).  No.

98-51167 concerns the district court's denial, without prejudice,

of Judd's motion for immediate release pending trial.  Because

Judd has now been convicted and sentenced, this issue is moot.

Accordingly, we dismiss the appeals.  All pending motions are

denied as moot.  Judd is warned that future frivolous filings in

this court will invite the imposition of severe sanctions.

APPEALS DISMISSED; MOTIONS DENIED AS MOOT; SANCTION WARNING

ISSUED.